IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY ALLEN SEARS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:11-cv-03176-VEH-JHE |
| | ) |
| KIM TOBIAS THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on July 15, 2014, recommending that the defendants' motions for summary judgment be granted and this cause be dismissed with prejudice. (Doc. 62.) No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motions for summary judgment are due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A

Final Judgment will be entered.

    **DONE** this 7th day of August, 2014.

                                         **VIRGINIA EMERSON HOPKINS**
                                         United States District Judge